```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

JOSE RUBALCAVA,                    )
                                   )
              Plaintiff,           )         4:04CV3289
                                   )
         v.                        )
                                   )
CITY OF LINCOLN; LINCOLN           )         ORDER
POLICE DEPARTMENT; OFFICER         )
CHAMPOUX, #1187, Individually      )
and in his capacity as police      )
officer; and DOES 1-5,             )
individually and in their          )
capacity as police officers,       )
                                   )
              Defendants.          )
```

IT IS ORDERED:

Plaintiff's letter motion, filing 11, is granted and the plaintiff is given thirty days from today's date to obtain an attorney and have that attorney file an appearance in his behalf.

DATED this 29th day of April, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge