```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JOSE RUBALCAVA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3289 |
| | ) | |
| v. | ) | |
| | ) | **AMENDED** |
| CITY OF LINCOLN; LINCOLN POLICE DEPARTMENT; OFFICER CHAMPOUX, #1187, Individually and in his capacity as police officer; and DOES 1-5, individually and in their capacity as police officers, | ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Plaintiff's letter motion, filing 11, is granted and the plaintiff is given thirty days from today's date to obtain an attorney and have that attorney file an appearance in his behalf.

DATED this 24th day of May, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge