IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSE RUBALCAVA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3289 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF LINCOLN, LINCOLN POLICE DEPARTMENT, UNKNOWN CHAMPOUX, and DOES 1-5, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

There being no response to the court's orders giving plaintiff time to hire new counsel,

IT IS ORDERED,

Plaintiff shall, within ten (10) days, file a statement showing that he has hired an attorney or alternatively, a motion for appointment of counsel showing his financial status (forms available at the clerk's office). If neither of these actions is taken within ten days, the case will be subject to dismissal.

DATED this 11th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge